UNITED STATES of America, Plaintiff–Appellee,

v.

Jeffrey Brian COHEN, Defendant–Appellant.

No. 14–4913.

United States Court of Appeals, Fourth Circuit.

Submitted: April 14, 2015.

Decided: May 14, 2015.

Jeffrey Brian Cohen, Appellant Pro Se. Harry Mason Gruber, Joyce Kallam McDonald, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Brian Cohen appeals the district court's order denying his motion to strike orders tolling the Speedy Trial Act period, 18 U.S.C. § 3164 (2012), and for immediate release.[1] We grant Cohen's motions to expedite appellate review so far as is consistent with the workload of the court. *See* Fed. R.App. P. 9(a). However, we have reviewed the record and find no reversible error.[2] Accordingly, we affirm for

---

1. The Government has filed a motion to dismiss the appeal for lack of jurisdiction. We conclude that we have jurisdiction; therefore, we deny the Government's motion to dismiss.

2. We deny Cohen's motion to supplement his informal brief because the proffered supplement concerns evidence not in the record on appeal, and Cohen has not properly supplemented the record. *See* 4th Cir. R. 10(d).

the reasons stated by the district court. *United States v. Cohen,* No. 1:14–cr–00310–WDQ–1 (D.Md. Nov. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*